UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**ALONZO GRANT & STEPHANIE GRANT,**

Plaintiff,

-against-

**5:15-CV-0445 (LEK / TWD)**

**CITY OF SYRACUSE, DAMON LOCKETT, PAUL MONTALTO, BRIAN NOVITSKY & CHIEF OF POLICE FRANK FOWLER,**

Defendants.

## ORDER FOR TRANSFER

It is hereby ORDERED that this case is transferred to the Honorable **David N. Hurd**, U.S. District Judge for the Northern District of New York, for all further proceedings.

IT IS FURTHER ORDERED that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED:

July 31, 2018
Albany, New York

Lawrence E. Kahn
U.S. District Judge