UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALONZO GRANT AND STEPHANIE GRANT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SYRACUSE, SYRACUSE POLICE DEPARTMENT, POLICE OFFICERS DAMON LOCKETT AND PAUL MONTALTO, POLICE OFFICER BRIAN NOVITSKY, CHIEF OF POLICE FRANK FOWLER, and Does 1-100,<br><br>Defendants | CASE NO. 5:15-CV-00445-DNH-TWD<br><br>Judge: Honorable DANIEL N. HURD<br><br>Date:    October 2, 2018<br>Time:   9:30 AM<br>Place:  Alexander Pirnie Federal Building & U.S. Courthouse<br>10 Broad Street<br>Utica NY. 13501 |

## EXHIBIT LIST

Plaintiff hereby submits the following Exhibits as Plaintiffs Proposed Trial Exhibits

P-1     Sherrell Grant Affadavit

P-2     Basic Course for Police Officers:  Constitutional Law Part 2, Section A

P-3     Ethical Awareness, Section 1 Hand Out

P-4     NY State Domestic incidence Report Reference Manual (DCJS 3221-6/2005)

P-5     Volume 1, Article 4 – Rules of Conduct, Section 3.00, Use of Physical Force

P-6     Letter from Frank Fowler to Alonzo Grant dated 7/3/14

P-7     Syracuse Police Department, Office of Professional Standards, Case Report: 14-93 dated 6/30/2014

P-8     Photos of Alonzo Grant's Arrest

P-9     Photos of Alonzo Grant's Injuries

| | |
|---|---|
| P-10 | Misdemeanor Information: DR#14-344710 – Criminal Court of the City of Syracuse |
| P-11 | Letter from William J. Fitzpatrick to Charles Bonner dated 11/20/14 |
| P-12 | Letter from Joseph Lipari to Alonzo Grant dated October 16, 2014 |
| P-13 | Character References for Alonzo Grant |
| P-14 | Medical Records for Alonzo Grant – Upstate University Health System |
| P-15 | Medical Assessment by John Charles M.D., dated 7/9/2014 |
| P-16 | Article:  Syracuse City Councilors to Investigate Police Policy on Use of Force |
| P-17 | Article:  Discipline Recommended in 21 Complaints Against Syracuse Police |
| P-18 | Syracuse Citizen Review Board, Annual Report, January 1 to December 31, 2012 (recreated) |
| P-19 | Syracuse Citizen Review Board, Annual Report 2013 (recreated) |
| P-20 | Syracuse Citizen Review Board, Annual Report 2014 |
| P-21 | Volume 1, Article 4 – Rules of Conduct, Section 1.00, Professional Standards of Conduct & Ethics |
| P-22 | CNYLEADS Supplemental Report, Incident Complaint Number 14-344710 |
| P-23 | Syracuse police Department, Domestic Incident Report 14-344710 |
| P-24 | Photo:  Satellite View of Residence |
| P-25 | Photo of Front Exterior of Residence 1 |
| P-26 | Photo of Front Exterior of Residence 2 |
| P-27 | Syracuse Police Department Use of Force Report dated 6/29/2014 |
| P-28 | Photo of Exterior Residential Block |
| P-29 | Photo of Exterior Residential Neighbor Yard |
| P-30 | Video Testimony of Sharon Hayes |
| P-31 | Video Testimony of Corey McMullin |
| P-32 | Subpoena Person Most Knowledgeable dated March 3, 2016 |
| P-33 | Redacted Letter from Joseph Lipari to Frank Fowler dated October 26, 2012 |
| P-34 | Redacted Letter from Joseph Lipari to Frank Fowler dated December 19, 2012 |
| P-35 | Redacted Letter from Joseph Lipari to Frank Fowler dated January 17, 2013 |

P-36    Redacted Letter from Joseph Lipari to Frank Fowler dated July 17, 2013

P-37    Redacted Letter from Joseph Lipari to Frank Fowler dated May 24, 2013, 1

P-38    Redacted Letter from Joseph Lipari to Frank Fowler dated May 24, 2013, 2

P-39    Redacted Letter from Joseph Lipari to Frank Fowler dated October 17, 2013

P-40    Syracuse Citizen Review Board, Case Report: #14-005

P-41    Syracuse Citizen Review Board, Case Report: #12-059

P-42    Syracuse Citizen Review Board, Case Report: #13-020 & 13-021

P-43    Syracuse Citizen Review Board, Case Report: #13-100

P-44    Letter from Joseph Lipari to Frank Fowler dated December 30, 2013

P-45    Syracuse Citizen Review Board, Case Report: #13-111

P-46    Letter from Joseph Lipari to Frank Fowler dated June 27, 2014

P-47    Syracuse Citizen Review Board, Case Report: #14-018

P-48    Letter from Joseph Lipari to Frank Fowler dated June 20, 2014

P-49    Testimony of Alonzo Grant 50 H Hearing

P-50    Testimony of Stephanie Grant 50 H Hearing

P-51    Letter from Anil K. Verma MD dated September 22, 2015

P-52    Letter from John A Charles MD dated July 31, 2014

P-53    Letter from John A. Charles MD dated August 19, 2014

P-54    Letter from Anil K. Verma MD dated October 5, 2015

P-55    Photo:  Door Top of Stairs Looking at Front Door

P-56    Photo:  Down Stairs to Front Door

P-57    Photo:  Front Door Gate Closed

P-58    Photo: Front Door Gate Open

P-59    Photo:  Front Door Looking Up Stairs

P-60    Photo:  Front Door Up Stairs 1

P-61    Photo:  Front Door Up Stairs 2

P-62   Photo: Gate Chain 1

P-63   Photo: Gate Chain 2

P-64   Photo: Stairs to Dining Room

P-65   Photo: Top of Stairs 1

P-66   Photo: Top of Stairs 2

P-67   Photo: Top of Stairs 3

P-68   Video: Mr. Grant Being Arrested

P-69   Video: Trisha Goldsmith

P-70   Video: Sherrell Grant

P-71   Video: Alonzo Grant 1

P-72   Video: Alonzo Grant 2

P-73   Video: Stephanie Grant part 1

P-74   Video: Stephanie Grant part 2

P-75   Video: Corey McMullin part 1

P-76   Video: Corey McMullin part 2

P-77   Video: Corey McMullin part 3

P-78   Video: Mr. & Mrs. Grant, part 1

P-79   Video: Mr. & Mrs. Grant, part 2

P-80   Video: CNY Central coverage

P-81   Syracuse Citizen Review Board, Annual Report 2015

P-82   Medical Lien – Trovers

P-83   Psychiatric Wellness Care Notes

P-84   Family Care Medical Group Records

P-85   Health Statements

P-86   June 28 2014 Medical Records (3 pages)

P-87   June 28, 2014 Emergency Dept. Records (14 Pages)

P-88      June 28, 2014 CT Records

P-89      June 28, 2014 Follow-up care instructions

P-90      July 3, 2014 Elbow X-Ray

P-91      July 11, 2014 Orthopedic Note

P-92      July 17, 2014 Eyecare of CNY Charges

P-93      August 24, 2014 MRI

P-94      September 18, 2014 MD. Verma, MD note

P-95      September 26, 2014 -10-15, 2014 Upstate Med Records

P-96      September 30, 2014 Cotter LCSW note

P-97      September 30, 2014 Initial Evaluation

P-98      October 17, 2014 MD Verma MD note

P-99      October 17, 2014 Zoloft Prescription

DATED: **September 18, 2018**            RESPECTFULLY SUBMITTED
                                         LAW OFFICES OF BONNER AND BONNER


By:*/s/ CHARLES A. BONNER*

**CHARLES A. BONNER, ESQ.  SB# 85413**
*Pro Hac Vice*
**A. CABRAL BONNER, ESQ. SB# 247528**
*Pro Hac Vice*
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
charles@bonnerlaw.com
cabral@bonnerlaw.com

**RYDER LAW FIRM**
**Jesse P. Ryder, Esq. #3923190**
6739 Myers Road
Syracuse, NY 13057
(315) 382-3617
(315) 295-2502 (fax)

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years, employed in Marin County California. The business address is 475 Gate Five Road, Suite 212, Sausalito, California 94965.

**DOCUMENT(S) :**    EXHIBIT LIST

I caused to be served a true copy of the above-named document(s) per the addressee(s) listed below or per the attached list.

### (X) **BY ELECTRONIC SERVICE**

**KRISTEN SMITH, ESQ.**
**H. J. HUBERT, ESQ.**
**CITY OF SYRACUSE**
**300 CITY HALL**
**SYRACUSE, NY 13202**

**PAUL J. TUCK, ESQ.**
**HANCOCK ESTABROOK LLP**
**100 MADISON STREET, SUITE 1500**
**SYRACUSE, NY 13202**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Served and executed this  18th  day of  September , 2018.

*/s/Charles A. Bonner*
Charles A. Bonner