U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case Name & No.:   ALONZO GRANT, et al. v. CITY OF SYRACUSE, et al.
                   5:15-cv-00445

Date of Trial:   October 2, 2018

PRESIDING JUDGE: Hon. David N. Hurd

( ) Plaintiffs      (X) Defendants

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | | | | | Crime Map of the area of Hudson Street and Tallman Street in Syracuse, New York |
| D-2 | | | | | Photographs taken by the City of Syracuse Police Department on 06/28/2014 (DR-14-344710) |
| D-3 | | | | | Photographs taken by the City of Syracuse Police Department of 105 |

{H3424623.3}

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Hudson Street on 07/25/2018 |
| D-4 | | | | | | Certified 911 CAD Reports for DR-14-344710 (Event Search, Event Chronology, and Unit Information) |
| D-5 | | | | | | Certified 911 Audio file, "14344710  105 Hudson St (A) 1929 Hrs Phone Call" |
| D-6 | | | | | | Certified 911 Audio file, "14344710  105 Hudson St (B) 1937 Hrs Phone Call" |
| D-7 | | | | | | Certified 911 Audio file, "14344710  105 Hudson St (C) 0015 Hrs Phone Call" |
| D-8 | | | | | | Certified 911 Audio file, "14344710  105 Hudson St (D) SPD Ch 4 Radio 1931-0015 Hrs" |

| | | | | | |
|---|---|---|---|---|---|
| D-9 (Designated Portions) | | | | | Transcript of N.Y. G.M.L. § 50-h hearing of Alonzo Grant, pursuant to Deposition Designations, dated 10/21/2014 |
| D-10 (Designated Portions) | | | | | Transcript of Deposition of Alonzo Grant, pursuant to Deposition Designations, dated 01/08/2016 |
| D-11 | | | | | Plaintiffs' Notice of Claim |
| D-12 (IMPEACHMENT ONLY) | | | | | Plaintiffs' Amended Complaint |
| D-13 (IMPEACHMENT ONLY) | | | | | Plaintiffs Alonzo Grant and Stephanie Grant's Response to Defendants City of Syracuse, Syracuse |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Police Department, and Chief of Police Frank Fowler's First Set of Interrogatories |
| D-14 (IMPEACHMENT ONLY) | | | | | | Plaintiff Alonzo Grant's Response to Defendants Damon Lockett, Paul Montalto, and Brian Novitsky's First Set of Interrogatories |
| D-15 | | | | | | Video disclosed to Defendants, taken by Sherell Grant on 06/28/2014, labelled "VID_20140628_193515860" |
| D-16 | | | | | | "LETTER BRIEF MEMORANDUM RE: TIMELINE by Alonzo Grant, Stephanie Grant." (Dkt. No. 98) |
| D-17 | | | | | | St. Joseph's Hospital Health Center, Employee Warning Notice, 05/06/1996 (Certified Record) |

| | | | | | | |
|---|---|---|---|---|---|---|
| D-18 | | | | | | St. Joseph's Hospital Health Center, Employee Warning Notice, 12/20/1991 (Certified Record) |
| D-19 (Designated Portions) | | | | | | Transcript of N.Y. G.M.L. § 50-h hearing of Stephanie Grant, pursuant to Deposition Designations, dated 10/21/2014 |
| D-20 (Designated Portions) | | | | | | Transcript of Deposition of Stephanie Grant, pursuant to Deposition Designations, dated 01/08/2016 |
| D-21 (IMPEACHMENT ONLY) | | | | | | Stephanie Grant's Response to Defendants Damon Lockett, Paul Montalto, and Brian Novitsky's First Set of Interrogatories |

| | | | | | |
|---|---|---|---|---|---|
| D-22 (IMPEACHMENT ONLY) | | | | | Affidavit of Sherrell Grant |
| D-23 (IMPEACHMENT ONLY) | | | | | Onondaga County Court Clerk Certified Convictions of Corey McMullin, dated 05/19/2009 |
| D-24 (IMPEACHMENT ONLY) | | | | | Affidavit of Shakeal Sturrup |
| D-25 | | | | | SPD Reports produced by Damon Lockett, DR-14-344710 |
| D-26 | | | | | SPD Reports produced by Paul Montalto, DR-14-344710 |
| D-27 | | | | | Syracuse Police Department Use of Force Report, pursuant to DR-14-344710 |

| | | | | | | |
|---|---|---|---|---|---|---|
| D-28 | | | | | | Booking Video, Onondaga County Correction Facility (06/28/2014), DR-14-344710 |
| D-29 | | | | | | County Booking / Transport Sheet for A. Grant, 06/28/2014 (DR-14-344710) |
| D-30 | | | | | | SPD Use of Force Policy, from SPD Rules and Regulations |
| D-31 | | | | | | SPD Domestic Violence Policy, from SPD Rules and Regulations |
| D-32 | | | | | | SPD 2009 Police Officers In-Service Training |
| D-33 | | | | | | Basic Police Officer Training Curriculum (Use of Force) |

| | | | | | | |
|---|---|---|---|---|---|---|
| D-34 | | | | | | SPD "Arresting, Processing & Transporting Prisoners" Policy, from SPD Rules and Regulations |
| D-35 | | | | | | SPD "Disciplinary System" Policy, from SPD Rules and Regulations |
| D-36 | | | | | | SPD "Professional Standards of Conduct & Ethics" Policy (from manual) |
| D-37 | | | | | | SPD 2006 Training Curriculum (Police Academy) |
| D-38 | | | | | | SPD Field Training Officer Guide |
| D-39 | | | | | | New York State Enforcement Accreditation Program Evaluation 2012 |

{H3424623.3}

| | | | | | | |
|---|---|---|---|---|---|---|
| D-40 | | | | | | NY Department of Criminal Justice Services training materials re: use of force defensive tactics/techniques |
| D-41 | | | | | | Office of Professional Standards ("OOPS") Report from Alonzo Grant incident on 06/28/2014 (OOPS Report No. 14-93) |
| D-42 | | | | | | Expert Report of Dr. Robert Knapp, dated 01/17/2017 |
| D-43 | | | | | | Expert Report of Guy Rossi, dated 12/29/2016 |
| D-44 (Demonstrative Only) | | | | | | Annotated photographs and diagrams attached to Rossi Report |

1. Defendants reserve the right to supplement this Exhibit list with additional exhibits as needed and depending on the evidence offered by Plaintiff at trial.

{H3424623.3}

2. This exhibit list does not include impeachment exhibits.

3.` This exhibit list does not include potential rebuttal exhibits.

Dated: September 17, 2018　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　Syracuse, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　KRISTEN E. SMITH, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CORPORATION COUNSEL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　City of Syracuse
　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Todd M. Long, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bar Roll No.: 519301
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　300 City Hall
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　233 East Washington Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Syracuse, New York 13202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (315) 448-8400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (315) 448 – 8381
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　tlong@syrgov.net

{H3424623.3}

## **CERTIFICATE OF SERVICE**

I, John G. Powers Esq., an attorney for Defendants do hereby certify that on September 18, 2018 I caused to be electronically filed the foregoing Defendants' Witness List with the Clerk of the District Court using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

> Jesse P. Ryder, Esq.
> Ryder Law Firm
> 121 E. Water Street
> Syracuse, NY 13202
> ryderlawfirm@gmail.com
>
> A. Cabral Bonner, Esq.
> Charles A. Bonner, Esq.
> Law Offices of Bonner & Bonner
> 475 Gate 5 Road, Suite 212
> Sausalito, CA 94965
> cabral@bonnerlaw.com
> cbonner799@aol.com

Dated: September 18, 2018       s/John G. Powers
                                John G. Powers, Esq.
                                Bar Roll No. 508934

{H3424623.3}