**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ALONZO GRANT and STEPHANIE GRANT,

                              Plaintiffs,

vs.

CITY OF SYRACUSE; SYRACUSE POLICE DEPARTMENT, POLICE OFFICERS DAMON LOCKETT and PAUL MONTALTO, POLICE OFFICER BRIAN NOVITSKY, CHIEF OF POLICE FRANK FOWLER and Does 1-100,

                              Defendants.

Civil Action No.:
5:15-CV-445 (LEK/TWD)

---

**PROPOSED VERDICT SHEET**

We, the jury, unanimously make the following findings:

**I.    ALONZO GRANT'S FALSE ARREST/FALSE IMPRISONMENT CLAIMS**

    a.  <u>Officer Damon Lockett</u>

        i.  Did Alonzo Grant prove by a preponderance of the evidence that Officer Lockett arrested him?

            _____ No                  _____ Yes

            If NO, proceed to question I(b).
            If YES, proceed to question I(a)(ii).

        ii.  Did Alonzo Grant prove by a preponderance of the evidence that the arrest was unlawful in that Officer Lockett lacked probable cause to arrest him for *Domestic Disorderly Conduct, Harassment in the Second Degree, or Resisting Arrest*?

            _____ No                  _____ Yes

            If NO, proceed to question I(b).
            If YES, proceed to question I(a)(iii).

iii. Did Alonzo Grant prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by his arrest?

_____ No              _____ Yes

If NO, proceed to question I(b).

If YES, state amount $_____
proceed to question I(a)(iv).

iv. Do you award nominal damages of one dollar?

_____ No              _____ Yes

If NO, proceed to question I(b).
If YES, proceed to question I(a)(v).

v. Did Officer Lockett prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating Mr. Grant's constitutional rights?

_____ Yes             _____ No

Proceed to question I(b).

b. <u>Officer Paul Montalto</u>

i. Did Alonzo Grant prove by a preponderance of the evidence that Officer Montalto arrested him?

_____ No              _____ Yes

If NO, proceed to question I(c).
If YES, proceed to question I(b)(ii).

ii. Did Alonzo Grant prove by a preponderance of the evidence that the arrest was unlawful in that Officer Montalto lacked probable cause to arrest him

for *Domestic Disorderly Conduct, Harassment in the Second Degree, or Resisting Arrest*?

_____ No  _____ Yes

If NO, proceed to question I(c).
If YES, proceed to question I(b)(iii).

iii. Did Alonzo Grant prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by his arrest?

_____ No  _____ Yes

If NO, proceed to question I(c).
If YES, state amount $_____

proceed to question I(b)(iv).

iv. Do you award nominal damages of one dollar?

_____ No  _____ Yes

If NO, proceed to question I(c).
If YES, proceed to question I(b)(v).

v. Did Officer Montalto prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating Mr. Grant's constitutional rights?

_____ Yes  _____ No

Proceed to question I(c).

c. Sergeant Brian Novitsky

i. Did Alonzo Grant prove by a preponderance of the evidence that Sergeant Novitsky arrested him?

_____ No  _____ Yes

If NO, proceed to question II.
If YES, proceed to question I(c)(ii).

ii. Did Alonzo Grant prove by a preponderance of the evidence that the arrest was unlawful in that Sergeant Novitsky lacked probable cause to arrest him for *Domestic Disorderly Conduct, Harassment in the Second Degree, or Resisting Arrest*?

_____ No             _____ Yes

If NO, proceed to question II.
If YES, proceed to question I(c)(iii).

iii. Did Alonzo Grant prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by his arrest?

_____ No             _____ Yes

If NO, proceed to question II.
If YES, state amount $_____
proceed to question I(c)(iv).

iv. Do you award nominal damages of one dollar?

_____ No             _____ Yes,

If NO, proceed to question II.
If YES, proceed to question I(c)(v).

v. Did Sergeant Novitsky prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating Mr. Grant's constitutional rights?

_____ No             _____ Yes

Proceed to question II.

**II. ALONZO GRANT'S EXCESSIVE FORCE/ASSAULT AND BATTERY CLAIMS**

a. <u>Officer Lockett</u>

i. Did Alonzo Grant prove by a preponderance of the evidence that Officer Lockett used force against Alonzo Grant?

_____ No _____ Yes

If NO, proceed to question II(b).
If YES, proceed to question II(a)(ii).

ii. Did Alonzo Grant prove by a preponderance of the evidence that Officer Lockett's use of force against Alonzo Grant was objectively unreasonable in light of the circumstances confronting Officer Lockett?

_____ No _____ Yes

If NO, proceed to question II(b).
If YES, proceed to question II(a)(iii).

iii. Did Alonzo Grant prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by the use of force against him?

_____ No _____ Yes

If NO, proceed to question II(b).
If YES, state amount $_____
proceed to question II(a)(iv).

iv. Do you award nominal damages of one dollar?

_____ No _____ Yes,

If NO, proceed to question II(b).
If YES, proceed to question II(a)(v).

v. Did Officer Lockett prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating Mr. Grant's constitutional rights?

      Yes                   _____ No

Proceed to question II(b).

    b. <u>Officer Montalto</u>

        i. Did Alonzo Grant prove by a preponderance of the evidence that Officer Montalto used force against Alonzo Grant?

          _____ No              _____ Yes

          If NO, proceed to question III.
          If YES, proceed to question II(b)(ii).

       ii. Did Alonzo Grant prove by a preponderance of the evidence that Officer Montalto's use of force against Alonzo Grant was objectively unreasonable in light of the circumstances confronting Officer Montalto?

          _____ No              _____ Yes

          If NO, proceed to question III.
          If YES, proceed to question II(b)(iii).

      iii. Did Alonzo Grant prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by the use of force against him?

          _____ No              _____ Yes

          If NO, proceed to question III.
          If YES, state amount $_____
          proceed to question II(b)(iv).

      iv. Do you award nominal damages of one dollar?

          _____ No              _____ Yes,

          If NO, proceed to question III.
          If YES, proceed to question II(b)(v).

v. Did Officer Montalto prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating Mr. Grant's constitutional rights?

_____ Yes         _____ No

Proceed to question III.

**III.   Stephanie Grant's False Imprisonment Claim**

a. Officer Lockett

   i. Did Stephanie Grant prove by a preponderance of the evidence that Officer Lockett intended to confine Stephanie Grant?

   _____ No         _____ Yes

   If NO, proceed to question IV.
   If YES, proceed to question III(a)(ii).

   ii. Did Stephanie Grant prove by a preponderance of the evidence that Stephanie Grant was conscious of a confinement caused by Officer Lockett?

   _____ No         _____ Yes

   If NO, proceed to question IV.
   If YES, proceed to question III(a)(iii).

   iii. Did Stephanie Grant prove by a preponderance of the evidence that she did not consent to confinement by Officer Lockett?

   _____ No         _____ Yes

   If NO, proceed to question IV.
   If YES, proceed to question III(a)(iv).

   iv. Did Stephanie Grant prove by a preponderance of the evidence that the confinement by Officer Lockett was not otherwise privileged or justified?

   _____ No         _____ Yes

   IF NO, proceed to question IV.
   IF YES, Proceed to question III(a)(v).

v. Did Stephanie Grant prove by a preponderance of the evidence that she suffered some actual compensatory damages that were proximately caused her confinement?

    \_\_\_\_\_ No     \_\_\_\_\_ Yes

If NO, proceed to question IV.
If YES, state amount $_____
proceed to question III(a)(vi).

vi. Do you award nominal damages of one dollar?

    \_\_\_\_\_ No     \_\_\_\_\_ Yes,

If NO, proceed to question IV.
If YES, proceed to question II(a)(vii).

vii. Did Officer Lockett prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating Ms. Grant's constitutional rights?

    \_\_\_\_\_ Yes     \_\_\_\_\_ No

Proceed to question IV.

**IV. Plaintiffs' Trespass/Unlawful Entry**

a. Officer Lockett

i. Did Plaintiffs prove by a preponderance of the evidence that Officer Lockett's entry into Plaintiffs' home was not justified by Officer Lockett's reasonable belief that exigent circumstances warranted his entry?

    \_\_\_\_\_ No     \_\_\_\_\_ Yes

If NO, proceed to question V.
If YES, proceed to question IV(a)(ii).

ii. Did Plaintiffs prove by a preponderance of the evidence that they suffered some actual compensatory damages that were proximately caused Officer Lockett's entry into their home?

    \_\_\_\_\_ No          \_\_\_\_\_ Yes

    If NO, proceed to question V.
    If YES, state amount $_____
    proceed to question IV(a)(iii).

    iii. Do you award nominal damages of one dollar?

        \_\_\_\_\_ No          \_\_\_\_\_ Yes,

    If NO, proceed to question V.
    If YES, proceed to question IV(a)(iv).

    iv. Did Officer Lockett prove by a preponderance of the evidence that it was objectively reasonable for him to believe that his actions were not violating the Grant's constitutional rights?

        \_\_\_\_\_ Yes          \_\_\_\_\_ No

    Proceed to question V.

**V. Plaintiffs' *Monell* Claim**

[Answer <u>only</u> if you have found liability as to one of the claims I – IV]

a. Did Plaintiffs prove by a preponderance of the evidence that the City of Syracuse had a custom or policy of failing to adequately train or supervise its police officers regarding excessive force to such an extent that it amounted to a deliberate indifference to the rights of those who came into contact with the City of Syracuse's employees?

    \_\_\_\_\_ No          \_\_\_\_\_ Yes

If NO, proceed to the end.
If YES, proceed to question V(b).

b. Did Plaintiffs prove by a preponderance of the evidence that individual unconstitutional conduct found in response to Section I – IV were proximately caused by the custom policy or practice found above?

\_\_\_\_\_ No          \_\_\_\_\_ Yes

> If NO, proceed to the end.
> If YES, identify the claim to which such a policy applied
>
> _____ False Arrest (Alonzo Grant)
> _____ Excessive Force (Alonzo Grant)
> _____ False Imprisonment (Stephanie Grant)
> _____ Unlawful Entry (Both)

**End of the Verdict Form**

You now have completed this verdict form.  Please notify the Court that the jury has reached its verdict.

_____          _____
DATE                                                                          FOREPERSON