U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**DEFENDANTS' AMENDED EXHIBIT LIST**

Case Name & No.:   ALONZO GRANT, et al. v. CITY OF SYRACUSE, et al.
                   5:15-cv-00445

Date of Trial:   October 2, 2018

PRESIDING JUDGE: Hon. David N. Hurd

( ) Plaintiffs        (X) Defendants

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | | | | | Crime Map of the area of Hudson Street and Tallman Street in Syracuse, New York |
| D-2 | | | | | Photographs taken by the City of Syracuse Police Department on 06/28/2014 (DR-14-344710) |

{H3430865.1}

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| D-3 |   |   |   |   |   | Photographs taken by the City of Syracuse Police Department of 105 Hudson Street on 07/25/2018 |
| D-4 |   |   |   |   |   | Certified 911 CAD Reports for DR-14-344710 (Event Search, Event Chronology, and Unit Information) |
| D-5 |   |   |   |   |   | Certified 911 Audio file, "14344710_105 Hudson St (A) 1929 Hrs Phone Call" |
| D-6 |   |   |   |   |   | Certified 911 Audio file, "14344710_105 Hudson St (B) 1937 Hrs Phone Call" |
| D-7 |   |   |   |   |   | Certified 911 Audio file, "14344710_105 Hudson St (C) 0015 Hrs Phone Call" |

{H3430865.1}

| | | | | | | |
|---|---|---|---|---|---|---|
| D-8 | | | | | | Certified 911 Audio file, "14344710 105 Hudson St (D) SPD Ch 4 Radio 1931-0015 Hrs" |
| D-9 (Designated Portions) | | | | | | Transcript of N.Y. G.M.L. § 50-h hearing of Alonzo Grant, pursuant to Deposition Designations, dated 10/21/2014 |
| D-10 (Designated Portions) | | | | | | Transcript of Deposition of Alonzo Grant, pursuant to Deposition Designations, dated 01/08/2016 |
| D-11 | | | | | | Plaintiffs' Notice of Claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| D-12 (IMPEACHMENT ONLY) | | | | | | Plaintiffs' Amended Complaint |
| D-13 (IMPEACHMENT ONLY) | | | | | | Plaintiffs Alonzo Grant and Stephanie Grant's Response to Defendants City of Syracuse, Syracuse Police Department, and Chief of Police Frank Fowler's First Set of Interrogatories |
| D-14 (IMPEACHMENT ONLY) | | | | | | Plaintiff Alonzo Grant's Response to Defendants Damon Lockett, Paul Montalto, and Brian Novitsky's First Set of Interrogatories |
| D-15 | | | | | | Video disclosed to Defendants, taken by Sherell Grant on 06/28/2014, labelled "VID_20140628_193515860" |

| | | | | | |
|---|---|---|---|---|---|
| D-16 | | | | | "LETTER BRIEF MEMORANDUM RE: TIMELINE by Alonzo Grant, Stephanie Grant." (Dkt. No. 98) |
| D-17 | | | | | St. Joseph's Hospital Health Center, Employee Warning Notice, 05/06/1996 (Certified Record) |
| D-18 | | | | | St. Joseph's Hospital Health Center, Employee Warning Notice, 12/20/1991 (Certified Record) |
| D-19 (Designated Portions) | | | | | Transcript of N.Y. G.M.L. § 50-h hearing of Stephanie Grant, pursuant to Deposition Designations, dated 10/21/2014 |
| D-20 (Designated Portions) | | | | | Transcript of Deposition of Stephanie Grant, pursuant to Deposition Designations, dated |

|  |  |  |  |  |  | 01/08/2016 |
|---|---|---|---|---|---|---|
| D-21 (IMPEACHMENT ONLY) |  |  |  |  |  | Stephanie Grant's Response to Defendants Damon Lockett, Paul Montalto, and Brian Novitsky's First Set of Interrogatories |
| D-22 (IMPEACHMENT ONLY) |  |  |  |  |  | Affidavit of Sherrell Grant |
| D-23 (IMPEACHMENT ONLY) |  |  |  |  |  | Onondaga County Court Clerk Certified Convictions of Corey McMullin, dated 05/19/2009 |
| D-24 (IMPEACHMENT ONLY) |  |  |  |  |  | Affidavit of Shakeal Sturrup |
| D-25 |  |  |  |  |  | SPD Reports produced by Damon Lockett, DR-14-344710 |

{H3430865.1}

| | | | | | | |
|---|---|---|---|---|---|---|
| D-26 | | | | | | SPD Reports produced by Paul Montalto, DR-14-344710 |
| D-27 | | | | | | Syracuse Police Department Use of Force Report, pursuant to DR-14-344710 |
| D-28 | | | | | | Booking Video, Onondaga County Correction Facility (06/28/2014), DR-14-344710 |
| D-29 | | | | | | County Booking / Transport Sheet for A. Grant, 06/28/2014 (DR-14-344710) |
| D-30 | | | | | | SPD Use of Force Policy, from SPD Rules and Regulations |
| D-31 | | | | | | SPD Domestic Violence Policy, from SPD Rules and Regulations |

{H3430865.1}

| | | | | | | |
|---|---|---|---|---|---|---|
| D-32 | | | | | | SPD 2009 Police Officers In-Service Training |
| D-33 | | | | | | Basic Police Officer Training Curriculum (Use of Force) |
| D-34 | | | | | | SPD "Arresting, Processing & Transporting Prisoners" Policy, from SPD Rules and Regulations |
| D-35 | | | | | | SPD "Disciplinary System" Policy, from SPD Rules and Regulations |
| D-36 | | | | | | SPD "Professional Standards of Conduct & Ethics" Policy (from manual) |
| D-37 | | | | | | SPD 2006 Training Curriculum (Police Academy) |

| | | | | | | |
|---|---|---|---|---|---|---|
| D-38 | | | | | | SPD Field Training Officer Guide |
| D-39 | | | | | | New York State Enforcement Accreditation Program Evaluation 2012 |
| D-40 | | | | | | NY Department of Criminal Justice Services training materials re: use of force defensive tactics/techniques |
| D-41 | | | | | | Office of Professional Standards ("OOPS") Report from Alonzo Grant incident on 06/28/2014 (OOPS Report No. 14-93) |
| D-42 | | | | | | Expert Report of Dr. Robert Knapp, dated 01/17/2017 |

| | | | | | | |
|---|---|---|---|---|---|---|
| D-43 | | | | | | Expert Report of Guy Rossi, dated 12/29/2016 |
| D-44 (Demonstrative Only) | | | | | | Annotated photographs and diagrams attached to Rossi Report |
| D-45 | | | | | | Excerpt from notepad of Sgt. Novitsky |
| D-46 | | | | | | Excerpt from notepad of Officer Montalto |
| D-47 | | | | | | Onondaga County Sheriff's Office Booking Intake Forms |
| D-48 | | | | | | City of Syracuse Police Department Vol. 1, Art. 4 – Operations, Section 8.00, Office of Professional Standards |

1. Defendants reserve the right to supplement this Exhibit list with additional exhibits as needed and depending on the evidence offered by Plaintiff at trial.

{H3430865.1}

2. This exhibit list does not include impeachment exhibits.

3. This exhibit list does not include potential rebuttal exhibits.

Dated: September 24, 2018
Syracuse, New York

Respectfully submitted,

KRISTEN E. SMITH, ESQ.
CORPORATION COUNSEL
City of Syracuse

By: _____/s_____
Todd M. Long, Esq.
Assistant Corporation Counsel
Bar Roll No.: 519301
300 City Hall
233 East Washington Street
Syracuse, New York 13202
Tel: (315) 448-8400
Fax: (315) 448 – 8381
tlong@syrgov.net

{H3430865.1}

## **CERTIFICATE OF SERVICE**

I, John G. Powers Esq., an attorney for Defendants do hereby certify that on September 24, 2018 I caused to be electronically filed the foregoing Defendants' Amended Witness List with the Clerk of the District Court using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

>Jesse P. Ryder, Esq.
>Ryder Law Firm
>121 E. Water Street
>Syracuse, NY 13202
>ryderlawfirm@gmail.com
>
>A. Cabral Bonner, Esq.
>Charles A. Bonner, Esq.
>Law Offices of Bonner & Bonner
>475 Gate 5 Road, Suite 212
>Sausalito, CA 94965
>cabral@bonnerlaw.com
>cbonner799@aol.com

Dated:  September 24, 2018         s/John G. Powers
                                   John G. Powers, Esq.
                                   Bar Roll No. 508934

{H3430865.1}