Kristen E. Smith
Corporation Counsel

Joseph W. Barry, III
First Assistant Corporation Counsel

Christina F. DeJoseph
Senior Assistant Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black, Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Erica T. Clarke
Todd M. Long
Khalid Bashjawish



OFFICE OF THE CORPORATION COUNSEL

BEN WALSH, MAYOR

October 8, 2018

**VIA ELECTRONIC FILING**

Hon. David N. Hurd
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

    Re:   *Grant v. City of Syracuse, et al.*
           Fed. Civ. Action No.: 5:15-CV-00445-LEK-TWD

Dear Judge Hurd,

    Defendants write this letter to inform Your Honor that Detective Mark Rusin, one of City's designated witnesses, will also be serving as the City's corporate representative during trial.

                          Respectfully,

                          Todd M. Long, Esq.
                          Assistant Corporation Counsel

TML/mmd
cc:    All counsel of record (*via CM/ECF*)