UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALONZO and STEPHANIE GRANT;

                Plaintiffs,

   -v-                                                  5:15-CV-0445

CITY OF SYRACUSE; DAMON LOCKETT,
Police Officer; PAUL MONTALTO, Police Officer;
BRIAN NOVITSKY, Police Officer,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF BONNER & BONNER<br>Attorney for Plaintiffs<br>475 Gate 5 Road, Suite 212<br>Sausalito, CA 94965 | A. CABRAL BONNER, ESQ.<br>CHARLES A. BONNER, ESQ. |
| RYDER LAW FIRM<br>Attorneys for Plaintiffs<br>121 E. Water Street<br>Syracuse, NY 13202 | JESSE P. RYDER, ESQ. |
| CITY OF SYRACUSE CORPORATION<br>Attorney for Defendants<br>233 East Washington Street<br>Room 300 City Hall<br>Syracuse, New York 13202 | TODD M. LONG, ESQ.<br>Ass't Corporation Counsel |
| HANCOCK ESTABROOK, LLP<br>Attorneys for Defendants | JOHN G. POWERS, ESQ. |

DAVID N. HURD
United States District Judge

## SUMMARY ORDER

A jury trial in this matter began on Tuesday, October 9, 2018. After the close of plaintiffs' case, defendants moved pursuant to Federal Rule of Civil Procedure 50(a) for judgment as a matter of law with regards to the remaining causes of action.

Therefore, it is ordered that

1. Defendants' motion for judgment as a matter of law is **GRANTED** in part and **DENIED** in part;

2. Plaintiffs' Seventh, Ninth and Tenth Causes of Action are **DISMISSED in their entirety**;

3. Plaintiffs' Sixth and Eighth Cause of Action against defendant Novitsky are **DISMISSED** and **REMAIN** against defendants Lockett and Montalto;

4. All other Causes of Action (the First, Fourth, Fifth, Sixth, Eighth and Fifteenth) **REMAIN**; and

5. Defendant Brian Novitsky is **DISMISSED** from this action.

IT IS SO ORDERED.

_____
United States District Judge

Date: October 17, 2018
      Utica, New York