UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALONZO GRANT and STEPHANIE GRANT,

                          Plaintiffs,

vs.

CITY OF SYRACUSE; POLICE OFFICERS DAMON LOCKETT and PAUL MONTALTO, POLICE OFFICER BRIAN NOVITSKY, CHIEF OF POLICE FRANK FOWLER,

                          Defendants.

Civil Action No.:
5:15-CV-445 (DNH/TWD)

## NOTICE OF MOTION

| | |
|---|---|
| Motion By: | Defendants Damon Lockett and Paul Montalto. |
| Motion Calendar Return Date: | December 28, 2018, at 10:00 A.M. before Hon. David N. Hurd, on submit, unless directed otherwise. |
| Relief and Basis: | An Order granting judgment as a matter of law as to Plaintiff's false arrest and false imprisonment claims pursuant to Fed. R. Civ. P. 50(b), granting a new trial and remittitur pursuant to Fed. R. Civ. P. 59, and such other relief as the Court deems just and proper. |
| Supporting Papers: | (1) Memorandum of Law; and<br>(2) Declaration of John G. Powers. |

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument.

{H3473272.1}

| | |
|---|---|
| Dated:  November 20, 2018<br>Syracuse, New York | Respectfully submitted,<br>By:   s/ John G. Powers, Esq. |
| OFFICE OF<br>CORPORATION COUNSEL<br>CITY OF SYRACUSE<br>Todd M. Long, Esq.<br>Assistant Corporation Counsel,<br>City of Syracuse<br>233 E. Washington St., Suite 300<br>Syracuse, NY 13202<br>(315) 448-8400 | HANCOCK ESTABROOK LLP<br>John G. Powers, Esq. (508934)<br>1500 AXA Tower I<br>100 Madison St.<br>Syracuse, NY 13202<br>(315) 565-4500 |

COUNSEL FOR DEFENDANTS

{H3473272.1}

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 20, 2018, I caused the foregoing Motion and all referenced supporting papers to be filed electronically with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent contemporaneous notification of such filing to all counsel who have made an appearance in this action.

                                              *s/ John G. Powers, Esq.*
                                              (Bar Roll No. 508934)