UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALONZO GRANT and STEPHANIE GRANT,

                Plaintiffs,

vs.

CITY OF SYRACUSE; POLICE OFFICERS DAMON LOCKETT and PAUL MONTALTO, POLICE OFFICER BRIAN NOVITSKY, CHIEF OF POLICE FRANK FOWLER,

                Defendants.

Civil Action No.:
5:15-CV-445 (DNH/TWD)

---

## **DECLARATION**

      I, John G. Powers, hereby declare as follows:

      1.      I am the counsel of record to Defendants City of Syracuse, Officer Damon Lockett, Officer Paul Montalto, Sergeant Brian Novitsky, and Chief of Police Frank Fowler. I make this Affidavit in support of Defendants' post-trial motions pursuant to Fed. R. Civ. P. 50(b) and 59.

      2.      Attached hereto as **Exhibit "A"** is a true and correct copy of the transcript of the trial testimony of Alonzo Grant.

      3.      Attached hereto as **Exhibit "B"** is a true and correct copy of the transcript of the trial testimony of Stephanie Grant.

      4.      Attached hereto as **Exhibit "C"** is a true and correct copy of the transcript of the trial testimony of Dr. Hassan Shukri, M.D., Dr. Theresa Covington, M.D., and Dr. John A. Charles, M.D.

      5.      Attached hereto as **Exhibit "D"** is a true and correct copy of the transcript of the trial testimony of Leonard Brown.

6.Attached hereto as **Exhibit "E"** is a true and correct copy of the transcript of the trial testimony of Lieutenant John ("Rick") Brown.

7.Attached hereto as **Exhibit "F"** is a true and correct copy of a letter from Joseph Lipari to Alonzo Grant, dated October 16, 2014, admitted at trial as Plaintiff's Exhibit P-12.

8.Attached hereto as **Exhibit "G"** is a true and correct copy of the CRB Annual Report for 2014, admitted at trial as Plaintiff's Exhibit P-20.

9.Attached hereto as **Exhibit "H"** is a true and correct copy of local laws pertaining to the CRB, admitted at trial as Plaintiff's Exhibit P-102.

10.Attached hereto as **Exhibit "I"** is a true and correct copy of Dr. Covington's medical records, admitted at trial as Plaintiff's Exhibit P-124.

11.Attached hereto as **Exhibit "J"** is a true and correct copy of the New York State Department of Criminal Justice Services Training Manual, admitted at trial as Defendants' Exhibit D-40.

12.Not all trial transcripts have been prepared as of yet, and, therefore, Defendants' summary of any evidence or testimony for which transcripts have not yet been prepared are based on the notes and recollection of defense counsel.

13.Plaintiff's Trial Exhibit P-73 and Defendant's Trial Exhibit D-28 are videotapes that Defendants will provide in physical format upon the Court's request.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED:November 20, 2018By:*s/ John G. Powers*
John G. Powers, Esq.