

# DEPARTMENT OF LAW
#### OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

February 21, 2019

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Christina F. DeJoseph**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Erica T. Clarke
Todd M. Long
Khalid Bashjawish
Janet M. Fall
Lee R. Terry
Sarah A. Lafen
Daniel C. Bollana

VIA ELECTRONIC FILING
Hon. David N. Hurd
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

Re:   *Grant v. City of Syracuse, et al.*
      Fed. Civ. Action No.: 5:15-CV-00445-DNH-TWD

Dear Judge Hurd,

Insofar as the Court intends to review and consider Plaintiffs' counsel's letter motion for additional attorney's fees, dated February 13, 2019 (*see* Dkt. No. 194), Defendants respectfully request an opportunity to respond pursuant to N.D.N.Y. Local Rule 7.1(b) by a reasonable date within the Court's discretion.

We thank you very much for your attention and consideration in this matter.

Respectfully submitted,
    /s/
Todd M. Long, Esq.
Assistant Corporation Counsel (Federal Bar ID: 519301)

TML/
CC: All counsel of record (*via CM/EC*)

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax     315 448-8381
Email   law@syrgov.net

**www.syrgov.net**

*Service of papers or process by facsimile or other electronic methods is not acceptable.*