UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALONZO GRANT AND STEPHANIE GRANT,<br><br>          Plaintiffs,<br>     vs.<br><br>POLICE OFFICERS DAMON LOCKETT AND PAUL MONTALTO, and Does 1-100,<br><br>          Defendants | CASE NO. 5:15-CV-00445 (DNH-TWD)<br><br>NOTICE OF CROSS-APPEAL |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Alonzo Grant and Stephanie Grant, hereby appeal to the United States Court of Appeals for the Second Circuit from the portions of the Memorandum-Decision and Order dated and entered February 8, 2019 (see Dkt. No. 191) related to Plaintiffs Motion for Attorney's fees and costs.

DATED: February 27, 2019

RESPECTFULLY SUBMITTED

By:*/s/ CHARLES A. BONNER*

CHARLES A. BONNER, ESQ.  SB# 85413
(Pro hac Vice)
A. CABRAL BONNER, ESQ. SB# 247528
(Pro hac Vice)
LAW OFFICES OF BONNER & BONNER
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

RYDER LAW FIRM
Jesse P. Ryder, Esq. #3923190
6739 Myers Road
East Syracuse NY 13057
Tel: (315) 382-3617
Fax: (315) 295-2502