# Bergstein & Ullrich

*Attorneys at Law*

### 5 Paradies Lane
### New Paltz, New York 12561
www.tbulaw.com
www.secondcircuitcivilrights.blogspot.com
(845) 469-1277 (phone)
(845) 469-5904 (fax)
steve@tbulaw.com

March 21, 2022

Hon. David N. Hurd
United States District Court
Northern District of New York
10 Broad Street
Utica, New York 13501

      Re:  *Grant v. City of Syracuse et al.*
          15 Civ. 445 (DNH)

Dear Judge Hurd:

   I am co-counsel to Plaintiff in this matter. On March 17, 2022, the Court of Appeals issued the Mandate on the City's appeal from the judgment. After the Court of Appeals affirmed the judgment in December 2021, Plaintiff filed a motion for attorneys' fees expended on appeal. The briefing on that motion was suspended pending resolution of Defendants' en banc petition. Since that petition was denied on March 10, 2022, Defendants are due to file their opposition papers on the fee motion. Counsel for Defendants advise they can file their papers by April 22, 2022. Although the Rules disallow reply papers without leave of court, I will likely request such leave when Defendants file their opposition to the fee motion.

      Very truly yours,

      Stephen Bergstein

cc: all counsel via ECF