# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Alonzo Grant and Stephanie Grant**

                  Plaintiffs

vs.                            **CASE NUMBER: 5:15-cv-445 (DNH/TWD)**

**Damon Lockett and Paul Montalto**

                  Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER granting in part and denying in part 236 Motion for Reconsideration re 236 MOTION for Reconsideration of ruling on attorneys' fees filed by Alonzo Grant, Stephanie Grant. ORDERED that: 1. Plaintiff Alonzo Grants Motion for Attorney Fees Expended on Appeal is GRANTED in part and DENIED in part; 2. Plaintiff Alonzo Grant may recover from defendants $10,314.50, or 29.47 hours of work at $350 per hour, for attorney Charles Bonner; $6,105, or 24.42 hours of work at $250 per hour, for attorney Jesse Ryder; $4,050, or 16.2 hours of work at $250 per hour, for attorney A. Cabral Bonner; $38,867.50, or 111.05 hours of work at $350per hour, for attorney Stephen Bergstein as an attorney; and $918.00,or 10.20 hours of work at $90 per hour, for attorney Stephen Bergstein as a paralegal; 3. Plaintiff Alonzo Grants supplemental fee request is DENIED;4. Plaintiff Alonzo Grant may recover a total of $60,255 in appellate attorneys fees from defendants.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 2nd day of June, 2022.

DATED: June 2, 2022

_____
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk